**STATE of Missouri, Respondent,**

v.

**Leonard L. HOLLIMAN, Appellant.**

**No. WD 38179.**

Missouri Court of Appeals,
Western District.

Oct. 7, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Nov. 25, 1986.
Application to Transfer Denied
Jan. 13, 1987.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from convictions of robbery in the first degree, § 569.020 RSMo 1978, and armed criminal action, § 571.015 RSMo 1978, and respective sentences of ten years' and three years' imprisonment to be served concurrently.

Affirmed. Rule 30.25(b).